# Order

Michigan Supreme Court
Lansing, Michigan

April 7, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140112 & (29)

NATHAN EDWARDS,
      Plaintiff-Appellant,

v

                                           SC: 140112
                                           COA: 292907

DEPARTMENT OF CORRECTIONS,
      Defendant-Appellee.
                                           Jackson CC: 09-001700-AH

_____/

      On order of the Court, the application for leave to appeal the November 6, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for appointment of counsel is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2010

_____
Clerk

d0331